UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARCIA BELL, ) | Case No. 1:19-cv-00751-DCN |
| ) | |
| Plaintiff, ) | Judge Donald C. Nugent |
| ) | |
| vs. ) | Magistrate Judge Thomas M. Parker |
| ) | |
| ALTIMATE CARE LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Motion for Leave for Substitution of Counsel for
<u>Defendants Altimate Care LLC</u>**

Pursuant to Local Rule 83.9, defendant Altimate Care LLC respectfully requests that this Court grant it leave to have attorney Jeffrey Saks substitute in as counsel for it in the above-captioned matter, replacing current counsel, Steven J. Shrock, Kimberly L. Hall, and Eric T. Michener and the law firm of Critchfield, Critchfield & Johnston, Ltd.  In accordance with Local Rule 83.9, notice has been provided to Altimate Care, LLC and to counsel for plaintiff Marcia Bell.  Please direct all future communications on behalf of defendant Altimate Care LLC to undersigned counsel.

August 30, 2019

                                            Respectfully submitted,

                                            /s/ Jeffrey Saks
                                            Jeffrey Saks (Ohio Bar No. 0071571)
                                            *jsaks@sakslawoffice.com*
                                            The Saks Law Office, LLC
                                            30799 Pinetree Road #269
                                            Pepper Pike, Ohio 44124
                                            Telephone: (216) 255-9696

                                            *Attorneys for Defendant Altimate Care LLC*

### Local Rule 7.1(f) Certification and Certificate of Service

Pursuant to Local Rule 7.1(f), I hereby certify that this Motion for Leave for Substitution of Counsel for Defendant Altimate Care LLC adheres to the page limitations.

I also hereby certify that on August 30, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Jeffrey Saks
Jeffrey Saks

*Counsel for Defendant Altimate Care LLC*