# JOINT STIPULATION
# OF SETTLEMENT AND RELEASE

Subject to approval by the United States District Court for the Northern District of Ohio (the "District Court"), Eastern Division, Plaintiff Martia Bell and on behalf of all Plaintiffs, and Altimate Care LLC agree to the terms of this Joint Stipulation of Settlement and Release.

## DEFINITIONS

1. "Action" shall mean the civil action in the United States District Court for the Northern District of Ohio, Eastern Division entitled *Martia Bell v. Altimate Care LLC, et al.*, Northern District of Ohio, Eastern Division, Case No. 1:19-cv-00751.

2. "Class Counsel" shall mean Anthony J. Lazzaro and Lori M. Griffin of The Lazzaro Law Firm, LLC.

3. "Representative Plaintiff" shall mean Martia Bell.

4. "Opt-In Party Plaintiffs" shall mean the 118 individuals who have already joined the case, and who are current and/or former LPNs, home health aides, and/or CNAs.

5. "Eligible Settlement Participants" shall mean the 238 identified in Appendix 1 as "Eligible Settlement Participants" who have not already joined the case, and are current and/or former non-exempt LPNs, home health aides, and/or CNAs who worked over 40 hours in one or more workweeks between November 23, 2018 and January 31, 2020, and who were paid their regular hourly rate, rather than their overtime rate of one and one-half times their hourly rate, for hours worked over 40.

6. "Plaintiffs" shall include Representative Plaintiff, the Opt-In Party Plaintiffs and the Eligible Settlement Participants.

7. "Defendant" shall mean Altimate Care LLC, all of their current and respective officers, directors, agents, attorneys, parents, successors, subsidiaries, and related and affiliated entities.

8. "Parties" shall mean Plaintiffs and Defendant, and "Party" shall mean any one of the Parties.

9. "Calculation Period" for the Representative Plaintiff and the Opt-In Party Plaintiffs shall mean the three-year period prior to the date they opted into the case through January 31, 2020. The "Calculation Period" for the Eligible Settlement Participants shall mean November 23, 2018 through January 31, 2020.

10. "Settlement" or "Agreement" shall mean this Joint Stipulation of Settlement and Release.

## RECITALS

11. On April 4, 2019, Representative Martia Bell filed this Action as a result of Defendant's failure to pay Plaintiff and other similarly situated employees overtime compensation at the rate of one and one-half times their regular rate of pay for the hours they worked over 40 each workweek, and for all hours worked in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219, as well as a "class action" pursuant to Fed. R. Civ. P. 23 to remedy violations of the Ohio Minimum Fair Wage Standards Act ("OMFWSA"), R.C. § 4111.03.

12. Plaintiffs alleged that Defendant failed to pay them for hours worked over 40 in a single workweek and for travel time between client appointments.

13. On October 9, 2019, the Court granted Plaintiff's Motion for Conditional Certification and certified the following class: All current and former LPNs, home health aides, and CNAs employed by Altimate Care, LLC at any time between April 4, 2016 and the present.

14. On November 8, 2019, the notice was mailed via First-Class Mail to 792 putative class members. The Notice period closed on December 8, 2019. In addition to Representative Plaintiff Martia Bell, 188 individuals opted-in to the case.

15. Plaintiffs believe that the Action is meritorious based on the alleged violations of the FLSA, and that the Action is appropriate for collective treatment. Defendant denies these allegations. The Parties agree that bona fide disputes exist between the Parties, include whether Plaintiffs were entitled to their claimed overtime compensation for travel time between appointments, whether the two-year or three-year statute of limitations applies, and whether Defendant acted in good faith in failing to pay the alleged overtime compensation.

16. The Parties reached the proposed Settlement in the matter after extensive good faith bargaining, which occurred during the period between June 2020 and November 2021. On November 22, 2021, the Parties reached a binding agreement to settle the Action on the terms set forth in the Settlement.

17. Class Counsel represents that they have conducted a thorough investigation in the facts of this Action and have diligently pursued an investigation of Plaintiffs' claims against Defendant, including reviewing relevant documents, and researching the applicable law and the potential defenses. Based on their own independent investigation and evaluation, Class Counsel are of the opinion that the Settlement is fair, adequate, and reasonable and is in the best interest of Plaintiffs in light of all known facts and circumstances. See Exhibit 4.

18. Nothing in this Settlement is intended or will be construed as an admission by Defendant that Plaintiffs' claims in the Action have merit or that Defendant has any liability to Plaintiffs.

## SETTLEMENT PAYMENTS

19. **Settlement Class**: For purposes of Settlement only, the Settlement class will consist of Representative Plaintiff, the current Opt-In Plaintiffs, and the Eligible Settlement Participants who execute and return Consent and Release Forms (the "Settlement Class" or "Class Members").

20. **Total Settlement Amount:** The Total Gross Settlement Amount of One Million Five Hundred Thousand and 00/100 Dollars ($1,500,000.00) will cover: (a) all of the Individual Payments to Plaintiffs; (b) Representative Plaintiff's Class Representative Payment; and (c) Plaintiffs' Counsel's attorneys' fees and expenses.

21. **Calculation of Individual Payments:** The Individual Payments, after deduction of the Class Representative Payment and Plaintiffs' Counsel's attorneys' fees and expenses from the Total Settlement Amount, will be calculated by the Parties, and will be based proportionally on each Plaintiffs' overtime damages, in an agreed estimate, during the Released Period, with 50% of each of the Individual Payments to be paid in a gross amount subject to required deductions and withholdings and reported on a Form W-2 ("W-2 Payments") and 50% of each of the Individual Payments to be paid and reported on a Form 1099 ("1099 Payments").

22. **Class Representative Payment:** Defendant will not oppose Plaintiffs' application to the Court for a Class Representative Payment to Representative Plaintiff in the amount of $17,250.00 to be paid from the Total Gross Settlement Amount, in addition to her Individual Payment, in exchange for signing a general mutual release. Defendant will issue to Representative Plaintiff a Form 1099 with respect to the Class Representative Payment that the Court awards.

23. **Attorneys' Fees and Expenses:** Defendant will not oppose Plaintiffs' application to the Court for attorneys' fees in the amount of Five Hundred Thousand Dollars ($500,000.00), equal to one-third (1/3) of the Total Gross Settlement Amount, and reasonable litigation expenses in the amount of $9,976.55, both to be paid from the Total Gross Settlement Amount. Defendant will issue to Plaintiffs' Counsel a Form 1099 with respect to the attorneys' fees and expenses that the Court awards.

24. **Settlement Agreement:** The Parties will enter into a Joint Stipulation of Settlement and Release Agreement within thirty (30) days of an agreement on the Total Gross Settlement Amount.

## RELEASE OF CLAIMS

25. **Released Claims:** The Settlement Class will release Defendant from all federal and state wage-and-hour claims, rights, demands, liabilities and causes of action asserted in Plaintiff's Amended Complaint or that are based on or that arise out of the transactions or occurrences, or series of transactions or occurrences, that are the subject matter of Plaintiff's Amended Complaint, including but not limited to claims for unpaid wages, unpaid overtime compensation, liquidated damages, interest, attorneys' fees, and expenses, pursuant to the Fair Labor Standards Act and the Ohio Minimum Fair Wage Standards Act, for the Released Period.

26. **Release Period:** The Released Period for Representative Plaintiff and the Opt-In Party Plaintiffs shall mean the three-year period prior to the date they opted into the case through January 31, 2020. The "Release Period" for the Eligible Settlement Participants shall mean November 23, 2018 through January 31, 2020.

27. **Release of Attorneys' Fees and Expenses:** The payment of attorneys' fees and expenses to Class Counsel includes all of the attorneys' fees and expenses incurred to date and to be incurred in documenting the Settlement, securing Court approval of the Settlement, and obtaining a dismissal of the Action. In consideration for these attorneys' fees and expenses, Class Counsel waives any and all claims to any further attorneys' fees and expenses in connection with the Action.

## APPROVAL AND DISMISSAL OF THE ACTION

28. **Breach:** If either Party breaches any of the terms and conditions of this Settlement, as determined by the Court, the non-breaching Party shall be entitled to reasonable attorneys' fees and expenses incurred to enforce the terms and conditions contained herein.

29. **Execution:** Representative Plaintiff will execute the Joint Stipulation of Settlement and Release Agreement on behalf of herself and in her representative capacity on behalf the other Plaintiffs.

30. **Cooperation:** The Parties will agree to cooperate and take all steps necessary and appropriate to obtain final approval of the Settlement, to effectuate its terms, and to dismiss the Action with prejudice.

31. **Fair, Adequate, and Reasonable Settlement:** The Parties will agree that the Settlement is fair, adequate, and reasonable, and will so represent to the Court along with the fact that the parties entered into a good faith mediation/negotiation with the facilitation of the current mediator.

32. **Joint Motion for Approval of Settlement:** The Parties will jointly move the District Court for final approval of the Settlement within thirty (30) days of an agreement on the Total Gross Settlement Amount.

33. **Dismissal of the Action With Prejudice:** Upon entry of the District Court's final approval order, the Action shall be dismissed *with prejudice* against Defendants and final judgment shall be entered, at Defendant's costs.

## SETTLEMENT ADMINISTRATION

34. **Contact Information for Class Members:** Within five (5) business days after the District Court grants final approval of the Settlement, Defendant will provide to Class Counsel a spreadsheet containing the names, last known addresses, last known email addresses, and last

known phone numbers, to the extent that Defendant has this information, of the Existing Opt-In Party Plaintiff and Eligible Settlement Participants, according to records maintained by Defendant.

35. **Distribution of Notice, and Consent and Release Forms:** Plaintiff's Counsel will distribute the Notice and Consent and Release Forms to the Eligible Settlement Participants via First-Class Mail and email, if available, within twenty-one (21) days after the District Court grants final approval of the Settlement. The costs associated with such distribution shall be included in (and not in addition to) the amount specified in Paragraph 20 above.

36. **Consent Period:** In order to receive a payment, the Eligible Settlement Participants must properly sign and return the Consent and Release Form. The Eligible Settlement Participants may return Consent and Release Forms to Plaintiffs' Counsel within thirty (30) days after the mailing of the notice. The Consent and Release Forms must be signed electronically (eSigned) via PDF, and postmarked, faxed or emailed to Plaintiff's Counsel within the thirty (30) day period to be timely. The Consent and Release Forms will advise the Eligible Settlement Participants of their Individual Payment amounts.

37. **Filing of Consent and Release Forms:** Upon receipt of the executed Consent and Release Forms from Eligible Settlement Participants, Class Counsel will file them with the Court. Within seven (7) days after the consent period is completed, all of the Eligible Opt-In Party Plaintiffs' Consent and Release Forms must be filed with the District Court.

38. **Filing of Schedule of Individual Payments:** A Schedule of Individual Payments to the Class Members, calculated pursuant to paragraph 21, shall be filed with the Court within seven (7) days after the consent period is completed.

39. **Distribution of Settlement Amounts:** Defendant will mail the W-2 Payments directly to the Settlement Class within twenty-one (21) days following the close of the Consent Period. Defendant will mail the 1099 Payments directly to each Class Member and Plaintiff's Counsel within twenty-one (21) days following the latter of (i) the close of the Consent Period or (ii) Defendant's receipt of their respective completed Forms W-9. If any Individual Payment checks are returned as undeliverable to Defendant, Defendant will mail the checks to Plaintiff's Counsel who will make reasonable efforts to locate the Class Members and redeliver the checks. Any checks that become lost or void during the six (6) month period after each distribution will be reissued to any Class Member upon request and without charge to the Class Member. Any withholding required on any portion of payments will be paid by Defendant in addition to the Total Settlement Amount.

40. **Unclaimed Payments:** All Individual Payments shall remain negotiable for an 8-month period after the date of each distribution. To the extent there are any Individual Payments to any Class Members that are unclaimed or not distributed, such as undeliverable or uncashed settlement checks, Defendant will advise Class Counsel of such amounts. Any amounts not cashed after eight (8) months of distribution of the settlement checks shall be retained by Defendant.

41. **Late Consent and Release Forms:** In the event Eligible Settlement Participants eSign, postmark, fax or email their Consent and Release forms after the 30-day consent period,

Class Counsel will notify Defendant's counsel within three (3) business days. Defendant will decide, in its sole discretion and within three (3) business days of receiving notice from Class Counsel, whether to allow the late Eligible Settlement Participants to become Opt-In Party Plaintiffs and participate in the Settlement. If Defendant decides to allow the late Eligible Settlement Participants to become Opt-In Party Plaintiffs and participate in the Settlement, Class Counsel shall immediately file their Consent and Release forms with the Court, causing them to be bound by the Settlement and their claims to thereby be dismissed with prejudice. Defendant will mail the appropriate Settlement Payments directly to them within fourteen (14) days after their Consent and Release forms are filed with the Court.

## PARTIES' AUTHORITY

42. The respective signatories to the Settlement represent that they are fully authorized to enter into this Settlement and bind the respective Parties to its terms and conditions.

## MUTUAL FULL COOPERATION

43. The Parties and their respective counsel agree to cooperate fully with each other to accomplish the terms of this Settlement, including but not limited to, execution of such documents and such other actions as may reasonably be necessary to implement the terms of this Settlement. The Parties shall use their best efforts, including all efforts contemplated by this Settlement and any other efforts that may become necessary by order of the Court, or otherwise, to effectuate the terms of this Settlement.

## NO PRIOR ASSIGNMENTS

44. The Parties and Class Counsel represent, covenant and warrant that they have not directly or indirectly, assigned, transferred, encumbered or purported to assign, transfer or encumber to any person or entity any portion of any liability, claim, demand, action, cause of action or right released and discharged in this Settlement.

## NO ADMISSION OF LIABILITY

45. Nothing contained in this Settlement shall constitute or be construed or deemed as an admission of liability, culpability, negligence or wrongdoing on the part of Defendant, and Defendant denies any such liability. Each Party has entered into this Settlement with the intention to avoid further disputes and litigation with the attendant inconvenience and expenses.

## NO ADMISSION OF CLASS LIABILITY

46. The Parties agree that this Agreement does not constitute, shall not be construed to be, and shall not be cited in or be admissible in any proceeding as evidence of a determination or admission that any group of similarly-situated employees exists to maintain a collective action under the FLSA or a class action under Rule 23 of the Federal Rules of Civil Procedure.

## CONSTRUCTION

47. The Parties agree that the terms and conditions of this Settlement are the result of lengthy, intensive arms-length negotiations between the Parties and that this Settlement shall not be construed in favor of or against any Party by reason of the extent to which any Party participated in the drafting of this Settlement.

### MODIFICATION

48. This Agreement may not be changed, altered or modified, except in writing, signed by counsel for the Parties, and approved by the Court.  This Agreement may not be discharged except by performance in accordance with its terms or by a writing signed by counsel for the Parties.  Notwithstanding the foregoing sentences, without further Order of the Court, the Parties may agree in writing to extensions of time to carry out any of the provisions of this Agreement.

### INTEGRATION CLAUSE

49. This Settlement contains the entire agreement between the Parties, and all prior or contemporaneous agreements, understandings, representations and statements, whether oral or written and whether by a Party or such Party's legal counsel, relating to the resolution of the Action, are merged in this Settlement.  No rights under this Settlement may be waived except in writing signed by the Parties.

### BINDING ON ASSIGNS

50. This Settlement shall be binding upon and inure to the benefit of the Parties and their respective heirs, trustees, executors, administrators, successors and assigns.

### COUNTERPARTS

51. This Settlement may be executed in counterparts, and may be signed electronically via PDF.  When each Party has signed and delivered at least one such counterpart, each counterpart shall be deemed an original, and, when taken together with other signed counterparts, shall constitute one Settlement, which shall be binding upon and effective as to all Parties.  Electronic and facsimile transmissions of this Settlement shall be deemed originals.

### BREACH

52. If either Party breaches any of the terms and conditions of this Settlement, the non-breaching Party shall be entitled to reasonable attorneys' fees and expenses incurred to enforce the terms and conditions contained herein.

### JURISDICTION

53. The parties will request that the Court expressly retain jurisdiction to enforce the terms of the Settlement, including the notice administration, addition of Opt-In Party Plaintiffs and distribution process.

## **CLASS SIGNATORIES**

54. Representative Plaintiff executes this Settlement on behalf of herself and in her representative capacity on behalf the Class Members. It is agreed that it is burdensome to have all of the Class Members execute this Agreement. This Agreement shall have the same force and effect as if each Class Member executed this Agreement.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement as of the date indicated below:

Dated: _____  MARTIA BELL

_____
Representative Plaintiff, Individually
and on Behalf of the Class Members

Dated: _____  ALTIMATE CARE, LLC

_____

By:_____

Its:_____

Dated: _____  LORI M. GRIFFIN
THE LAZZARO LAW FIRM, LLC

_____
Class Counsel

Dated: _____  TARA TOEVS CAROLAN
Tarter Krinsky & Drogin LLP

_____
Defendant's Counsel

8

*Bell v. Altimate Care, LLC et al.*

## Appendix 1

| Name | Status | Individual Payment |
|---|---|---|
| Bell, Marcia | Reprsentative Plaintiff | $1,326.81 |
| | | |
| Abrams, Julia | Existing Opt-In Party Plaintiff | $275.33 |
| Addison, Nekedra | Existing Opt-In Party Plaintiff | $6,442.42 |
| Addison, Tamara | Existing Opt-In Party Plaintiff | $59.05 |
| Alekna, Kimberly | Existing Opt-In Party Plaintiff | $1,303.98 |
| Allen, Denaria | Existing Opt-In Party Plaintiff | $236.98 |
| Aronov, Nelya | Existing Opt-In Party Plaintiff | $11,817.38 |
| Askew, Jacqueline | Existing Opt-In Party Plaintiff | $25,673.34 |
| Aspel, Amber | Existing Opt-In Party Plaintiff | $3.28 |
| Bailey, Cindy | Existing Opt-In Party Plaintiff | $4,142.25 |
| Banks, Trichelle | Existing Opt-In Party Plaintiff | $2,819.23 |
| Barcroft, Erica | Existing Opt-In Party Plaintiff | $54.71 |
| Bell, Tiayasha | Existing Opt-In Party Plaintiff | $7,770.94 |
| Bell-Clayton, Mildred | Existing Opt-In Party Plaintiff | $324.71 |
| Benning, Jaclyn | Existing Opt-In Party Plaintiff | $241.58 |
| Berenguer, Rosalind | Existing Opt-In Party Plaintiff | $2,047.74 |
| Binshtok, Yakov | Existing Opt-In Party Plaintiff | $14,790.08 |
| Blaha, Betty | Existing Opt-In Party Plaintiff | $437.26 |
| Blake, Daramia | Existing Opt-In Party Plaintiff | $5,818.16 |
| Boothe, James | Existing Opt-In Party Plaintiff | $6,627.40 |
| Border, Christine | Existing Opt-In Party Plaintiff | $145.22 |
| Braginsky, David | Existing Opt-In Party Plaintiff | $9,296.20 |
| Braginsky, Helen | Existing Opt-In Party Plaintiff | $6,592.66 |
| Bridges, Betty | Existing Opt-In Party Plaintiff | $7,041.76 |
| Brown, Sommer | Existing Opt-In Party Plaintiff | $1,652.25 |
| Carbetta, Jessica | Existing Opt-In Party Plaintiff | $4,359.18 |
| Chaban, Oleg | Existing Opt-In Party Plaintiff | $2,354.03 |
| Christian, Deshaun | Existing Opt-In Party Plaintiff | $566.97 |
| Cloud, Renatta | Existing Opt-In Party Plaintiff | $36,364.32 |
| Cooke, Nancy | Existing Opt-In Party Plaintiff | $2,716.50 |
| Curry, Lindquetta | Existing Opt-In Party Plaintiff | $2,657.28 |
| Davis, Martrice | Existing Opt-In Party Plaintiff | $30,089.74 |
| Detty, Goldie | Existing Opt-In Party Plaintiff | $197.49 |
| Evans, Laury | Existing Opt-In Party Plaintiff | $1,018.15 |
| Farooq, Tracey | Existing Opt-In Party Plaintiff | $7,055.86 |
| Fisher, Angela | Existing Opt-In Party Plaintiff | $474.22 |
| Freygang, Shelly (Ch) | Existing Opt-In Party Plaintiff | $560.94 |
| Friedman, Inessa | Existing Opt-In Party Plaintiff | $21,876.92 |
| Gaines, Brandieshia | Existing Opt-In Party Plaintiff | $0.10 |
| Harris, Markisha | Existing Opt-In Party Plaintiff | $26.99 |
| Hines, Imani | Existing Opt-In Party Plaintiff | $1,987.32 |
| Hooks, Mary | Existing Opt-In Party Plaintiff | $685.78 |

*Bell v. Altimate Care, LLC et al.*

**Appendix 1**

| Name | Status | Individual Payment |
|---|---|---|
| Humphries, John | Existing Opt-In Party Plaintiff | $489.64 |
| Husted, Tina | Existing Opt-In Party Plaintiff | $195.13 |
| Huston, Karey | Existing Opt-In Party Plaintiff | $4,063.00 |
| Iskhakova, Milana | Existing Opt-In Party Plaintiff | $3,679.63 |
| Jackson, Michelle | Existing Opt-In Party Plaintiff | $607.43 |
| Jackson-Lane, Deborah | Existing Opt-In Party Plaintiff | $1,164.46 |
| Jefferson, Sue | Existing Opt-In Party Plaintiff | $54.30 |
| Jones, Sherhonda | Existing Opt-In Party Plaintiff | $22.83 |
| Jones, Zynobia | Existing Opt-In Party Plaintiff | $28.60 |
| Kagarlitskiy, Boris | Existing Opt-In Party Plaintiff | $141.34 |
| Killebrew, Christie | Existing Opt-In Party Plaintiff | $1,959.15 |
| Komisarenko, Nina | Existing Opt-In Party Plaintiff | $8,299.36 |
| Korotkova, Larisa | Existing Opt-In Party Plaintiff | $4,665.78 |
| Krashchenko, Olena | Existing Opt-In Party Plaintiff | $507.09 |
| Kuchik, Natalie | Existing Opt-In Party Plaintiff | $8,236.41 |
| Kuntz, Tamela | Existing Opt-In Party Plaintiff | $437.61 |
| Lasic, Kathleen Ellie | Existing Opt-In Party Plaintiff | $12,111.03 |
| Lauer, Sheri | Existing Opt-In Party Plaintiff | $431.18 |
| Lemley, Cheryl | Existing Opt-In Party Plaintiff | $12,807.42 |
| Lemons, Courtney | Existing Opt-In Party Plaintiff | $6,413.22 |
| Levikov, Ilya | Existing Opt-In Party Plaintiff | $10,685.70 |
| Levikov, Nadya | Existing Opt-In Party Plaintiff | $15,568.94 |
| Levy, Jane | Existing Opt-In Party Plaintiff | $7,292.49 |
| Lif, Yelena | Existing Opt-In Party Plaintiff | $24,518.10 |
| Lighty, Tiffany | Existing Opt-In Party Plaintiff | $13.11 |
| Litovsky, Anna | Existing Opt-In Party Plaintiff | $22,247.27 |
| Martin, Nicole | Existing Opt-In Party Plaintiff | $7,564.37 |
| May, Junice | Existing Opt-In Party Plaintiff | $2,874.85 |
| Mccray, Ashley | Existing Opt-In Party Plaintiff | $10.65 |
| Mckeown, Amy | Existing Opt-In Party Plaintiff | $2,817.74 |
| Montgomery, Hannah | Existing Opt-In Party Plaintiff | $15,503.40 |
| Montgomery, Janai | Existing Opt-In Party Plaintiff | $7,375.10 |
| Moore, Tonya | Existing Opt-In Party Plaintiff | $1,125.04 |
| Morrison, Dawna (M) | Existing Opt-In Party Plaintiff | $6,267.42 |
| Muncy, Angel | Existing Opt-In Party Plaintiff | $378.10 |
| Myles, Angel | Existing Opt-In Party Plaintiff | $140.25 |
| Nelson, Virginia | Existing Opt-In Party Plaintiff | $268.71 |
| Nushtaeva, Tatiana | Existing Opt-In Party Plaintiff | $2,172.38 |
| Patton, Jade | Existing Opt-In Party Plaintiff | $7,016.10 |
| Perkins, Lanetta | Existing Opt-In Party Plaintiff | $6.85 |
| Pickett, Willie | Existing Opt-In Party Plaintiff | $85.20 |
| Poltavchenko, Milana | Existing Opt-In Party Plaintiff | $9,972.33 |
| Powell Jr, Phillip | Existing Opt-In Party Plaintiff | $1,462.61 |

*Bell v. Altimate Care, LLC et al.*

**Appendix 1**

| Name | Status | Individual Payment |
|---|---|---|
| Reese, Angela | Existing Opt-In Party Plaintiff | $4,220.38 |
| Rife (Beard), Mary | Existing Opt-In Party Plaintiff | $2,142.95 |
| Riley, Melinda | Existing Opt-In Party Plaintiff | $2,739.27 |
| Riley, Nautika | Existing Opt-In Party Plaintiff | $6,109.04 |
| Riley, Sharleen | Existing Opt-In Party Plaintiff | $28.30 |
| Roach, Lynnice | Existing Opt-In Party Plaintiff | $148.94 |
| Roberts, Sandra | Existing Opt-In Party Plaintiff | $50.67 |
| Robertson, Stacy | Existing Opt-In Party Plaintiff | $497.45 |
| Sabirova, Kubaro | Existing Opt-In Party Plaintiff | $2,510.42 |
| Schwab, Therese | Existing Opt-In Party Plaintiff | $1,973.94 |
| Shneyder, Yuriy | Existing Opt-In Party Plaintiff | $8,705.88 |
| Simkhayev, Alex Soson | Existing Opt-In Party Plaintiff | $19,769.72 |
| Sisley, Amy | Existing Opt-In Party Plaintiff | $21,913.52 |
| Smoot, Kimbery | Existing Opt-In Party Plaintiff | $1,198.05 |
| Snyder, Brooke | Existing Opt-In Party Plaintiff | $84.60 |
| Snyder, Samantha | Existing Opt-In Party Plaintiff | $418.64 |
| Starobinets, Iosif | Existing Opt-In Party Plaintiff | $941.97 |
| Stuart, William | Existing Opt-In Party Plaintiff | $11,944.11 |
| Tate, Jessica | Existing Opt-In Party Plaintiff | $1,215.41 |
| Tatum, Tammie | Existing Opt-In Party Plaintiff | $19,845.86 |
| Thompson, Donna | Existing Opt-In Party Plaintiff | $4,511.18 |
| Thornton, Alisa | Existing Opt-In Party Plaintiff | $5,361.76 |
| Turner, Cassandra | Existing Opt-In Party Plaintiff | $339.66 |
| Vernon, Valita | Existing Opt-In Party Plaintiff | $1,099.72 |
| Vincent, Joann | Existing Opt-In Party Plaintiff | $32.17 |
| Vincent, Patrice | Existing Opt-In Party Plaintiff | $27,581.34 |
| Walker, Iyana | Existing Opt-In Party Plaintiff | $132.57 |
| Walters, Porscha | Existing Opt-In Party Plaintiff | $11,023.04 |
| Washington, Consolata | Existing Opt-In Party Plaintiff | $713.18 |
| Wiggins, Alicia | Existing Opt-In Party Plaintiff | $12,147.75 |
| Williams, Robdreca | Existing Opt-In Party Plaintiff | $6,174.84 |
| Wright, Kaylee | Existing Opt-In Party Plaintiff | $1,304.18 |
| Zarbailov, Lilia | Existing Opt-In Party Plaintiff | $27,529.66 |
| Adamovska, Svitlana | Eligible Settlement Participant | $1,134.75 |
| Ahart, April | Eligible Settlement Participant | $3,702.50 |
| Aidoo, Janet | Eligible Settlement Participant | $134.82 |
| Albright, Dakotah | Eligible Settlement Participant | $1,252.69 |
| Alexander, Marvis | Eligible Settlement Participant | $1,777.20 |
| Anufrienko, Igor | Eligible Settlement Participant | $1,629.10 |
| Appau, Diana | Eligible Settlement Participant | $205.98 |
| Aronov, Milla | Eligible Settlement Participant | $678.20 |
| Bailey, Tabitha | Eligible Settlement Participant | $180.11 |

*Bell v. Altimate Care, LLC et al.*

## Appendix 1

| Name | Status | Individual Payment |
|---|---|---|
| Banks, Karen | Eligible Settlement Participant | $2,665.80 |
| Barnhill, Latoya | Eligible Settlement Participant | $1,629.10 |
| Barrowman, Austin | Eligible Settlement Participant | $250.92 |
| Bartram, Milla | Eligible Settlement Participant | $1,777.20 |
| Beasley, Tawonne L | Eligible Settlement Participant | $1,592.06 |
| Berry, Mekka C | Eligible Settlement Participant | $494.34 |
| Beverly, Fanwi N | Eligible Settlement Participant | $1,777.20 |
| Beyzer, Boris | Eligible Settlement Participant | $44.94 |
| Blaney, Margie | Eligible Settlement Participant | $3,702.50 |
| Blyumin, Vladimir | Eligible Settlement Participant | $1,037.38 |
| Bonner, Latrisha D | Eligible Settlement Participant | $1,629.10 |
| Boone, Charmaine | Eligible Settlement Participant | $868.68 |
| Borishchak, Jessica | Eligible Settlement Participant | $1,925.30 |
| Borishchak, Svetlana | Eligible Settlement Participant | $1,777.20 |
| Borzymowska, Teresa | Eligible Settlement Participant | $1,777.20 |
| Bostick, Cynthia | Eligible Settlement Participant | $524.73 |
| Boutwell, Lacresha S | Eligible Settlement Participant | $1,108.02 |
| Bridges, Tamyrria C | Eligible Settlement Participant | $805.19 |
| Brown, Angela M | Eligible Settlement Participant | $1,629.10 |
| Brown, Holly | Eligible Settlement Participant | $1,629.10 |
| Bruce, Carla | Eligible Settlement Participant | $1,703.15 |
| Burgman, Crystal | Eligible Settlement Participant | $880.09 |
| Butler, Hybeba | Eligible Settlement Participant | $3,702.50 |
| Byrd, Stephanie | Eligible Settlement Participant | $475.62 |
| Byrd-Beasley, Jamee | Eligible Settlement Participant | $3,702.50 |
| Carroll, Kaila M | Eligible Settlement Participant | $1,555.04 |
| Chetverikov, Aleksandr | Eligible Settlement Participant | $1,777.20 |
| Cline, Brittanie M | Eligible Settlement Participant | $1,629.10 |
| Colden, Lucille | Eligible Settlement Participant | $14.30 |
| Cooper, Mandy | Eligible Settlement Participant | $1,629.10 |
| Cooper, Nicole | Eligible Settlement Participant | $277.13 |
| Coulter, Eboney R | Eligible Settlement Participant | $1,453.08 |
| Craig, Tracy | Eligible Settlement Participant | $2,665.80 |
| Crane, Donna L | Eligible Settlement Participant | $1,344.81 |
| Dawson, Anita | Eligible Settlement Participant | $1,933.81 |
| Devaney, Sara | Eligible Settlement Participant | $1,134.75 |
| Dickerson, Kimberly | Eligible Settlement Participant | $498.09 |
| Dihes, Galina | Eligible Settlement Participant | $1,777.20 |
| Dilley, Katherine | Eligible Settlement Participant | $1,629.10 |
| Doughty, Christina | Eligible Settlement Participant | $453.15 |
| Elin, Marianne L | Eligible Settlement Participant | $1,851.25 |
| Evans-Scott, Laniece | Eligible Settlement Participant | $1,629.10 |
| Ewing-Fearn, Jessica F | Eligible Settlement Participant | $711.56 |

*Bell v. Altimate Care, LLC et al.*

## Appendix 1

| Name | Status | Individual Payment |
|---|---|---:|
| Ferguson, Leslie K | Eligible Settlement Participant | $1,629.10 |
| Flynn, Jennifer | Eligible Settlement Participant | $180.11 |
| Ford, Unique | Eligible Settlement Participant | $1,703.15 |
| Fox, Nora | Eligible Settlement Participant | $3,702.50 |
| Frazier, Theresa M | Eligible Settlement Participant | $913.79 |
| Frid, Zhanna | Eligible Settlement Participant | $1,777.20 |
| Gakman, Nataliya | Eligible Settlement Participant | $1,777.20 |
| Gantman, Yelena | Eligible Settlement Participant | $1,029.55 |
| Gershen, Lana A | Eligible Settlement Participant | $829.36 |
| Giannantonio, Sally A | Eligible Settlement Participant | $1,629.10 |
| Giles, Erika | Eligible Settlement Participant | $44.94 |
| Goodman, Kenyada Simone | Eligible Settlement Participant | $1,629.10 |
| Goodwin, India L | Eligible Settlement Participant | $1,629.10 |
| Green, Angela | Eligible Settlement Participant | $1,629.10 |
| Green, Shauntae N | Eligible Settlement Participant | $1,629.10 |
| Gresham, Pamela | Eligible Settlement Participant | $2,756.36 |
| Griggs, Antonette | Eligible Settlement Participant | $1,288.30 |
| Grimm, Katelyn | Eligible Settlement Participant | $1,555.05 |
| Haines, Amanda D | Eligible Settlement Participant | $393.23 |
| Hall, Marcus | Eligible Settlement Participant | $1,629.10 |
| Hall, Taydeona | Eligible Settlement Participant | $943.75 |
| Hamilton, Andgrial R | Eligible Settlement Participant | $910.05 |
| Hamilton, Edna | Eligible Settlement Participant | $374.50 |
| Hamilton, Octavia | Eligible Settlement Participant | $112.35 |
| Hanson, Natoya | Eligible Settlement Participant | $367.02 |
| Harvey, Linda S | Eligible Settlement Participant | $239.00 |
| Hill, Tahira | Eligible Settlement Participant | $296.74 |
| Holland, Andre D | Eligible Settlement Participant | $823.91 |
| Hooks, Adrian | Eligible Settlement Participant | $673.43 |
| Hossler, Sarah | Eligible Settlement Participant | $2,887.94 |
| Hunter, Amber | Eligible Settlement Participant | $1,629.10 |
| Iheama, Ngozi | Eligible Settlement Participant | $749.01 |
| Ivory, Robyn R | Eligible Settlement Participant | $1,629.10 |
| James, Diarra H | Eligible Settlement Participant | $1,629.10 |
| Jemison, Virginia | Eligible Settlement Participant | $1,666.12 |
| Jenkins, Rhonda M | Eligible Settlement Participant | $153.54 |
| Johnson, Anna L | Eligible Settlement Participant | $1,629.10 |
| Johnson, Kerri | Eligible Settlement Participant | $1,703.15 |
| Johnson, Kia C | Eligible Settlement Participant | $451.11 |
| Johnson, Kristy A | Eligible Settlement Participant | $1,555.05 |
| Johnson, Rhonda D | Eligible Settlement Participant | $2,206.18 |
| Johnson-Rodgers, Sheron L | Eligible Settlement Participant | $647.89 |
| Joiner, Andrea | Eligible Settlement Participant | $255.35 |

*Bell v. Altimate Care, LLC et al.*

## Appendix 1

| Name | Status | Individual Payment |
|---|---|---:|
| Jones, Melissa | Eligible Settlement Participant | $2,887.94 |
| Jones, Onay | Eligible Settlement Participant | $801.44 |
| Jones-Bogard, Rosa | Eligible Settlement Participant | $1,703.15 |
| Junk, Tricia | Eligible Settlement Participant | $3,702.50 |
| Kallay, Yealie A | Eligible Settlement Participant | $3,702.50 |
| Kalugina, Tetiana | Eligible Settlement Participant | $1,560.67 |
| Kantor, Victor | Eligible Settlement Participant | $1,777.20 |
| Kantor, Yevgenia | Eligible Settlement Participant | $1,777.20 |
| Kanuckel, Deborah | Eligible Settlement Participant | $2,665.80 |
| Kaplunovskaya, Anna | Eligible Settlement Participant | $198.49 |
| Katz, Gregory | Eligible Settlement Participant | $1,777.20 |
| Kaveshnikov, Julie | Eligible Settlement Participant | $817.10 |
| Kaveshnikova, Yelena | Eligible Settlement Participant | $1,777.20 |
| Kendricks, Marlana | Eligible Settlement Participant | $1,629.10 |
| Khabibov, Makhsud | Eligible Settlement Participant | $1,629.10 |
| Khaykina, Asya | Eligible Settlement Participant | $138.57 |
| Khilkovets, Lyudmila | Eligible Settlement Participant | $1,629.10 |
| Khorishko, Oleg | Eligible Settlement Participant | $1,560.67 |
| Kitchen, Vicki L | Eligible Settlement Participant | $1,629.10 |
| Komich, Lena | Eligible Settlement Participant | $1,777.20 |
| Kondratiev, Alexei | Eligible Settlement Participant | $1,777.20 |
| Kondratieva, Olga | Eligible Settlement Participant | $1,629.10 |
| Krakovich, Peter | Eligible Settlement Participant | $1,777.20 |
| Krakovich, Sofia | Eligible Settlement Participant | $1,777.20 |
| Kramer, Heidi | Eligible Settlement Participant | $285.99 |
| Kravetskaya, Yevgeniya | Eligible Settlement Participant | $254.66 |
| Kreymer, Inessa | Eligible Settlement Participant | $1,777.20 |
| Kuguk, Alexander | Eligible Settlement Participant | $1,555.05 |
| Kurashova, Nadezhda | Eligible Settlement Participant | $902.90 |
| Kuzmiene, Kristina | Eligible Settlement Participant | $477.66 |
| Ladd, Merissa E | Eligible Settlement Participant | $153.54 |
| Lathem, Nicole A | Eligible Settlement Participant | $14.98 |
| Lemaster, Christina M | Eligible Settlement Participant | $178.74 |
| Lepley, Rachel | Eligible Settlement Participant | $644.15 |
| Lifshits, Semen | Eligible Settlement Participant | $657.77 |
| Lipscomb, Jametria D | Eligible Settlement Participant | $1,243.36 |
| Lipscomb, Lavieta V | Eligible Settlement Participant | $1,555.04 |
| Lipsey, Fontesa | Eligible Settlement Participant | $1,629.10 |
| Lunn, Gwendolyn A | Eligible Settlement Participant | $1,703.15 |
| Lyatkher, Mariya | Eligible Settlement Participant | $584.23 |
| Lyons, Sherita | Eligible Settlement Participant | $1,777.20 |
| Madden, Tiffani | Eligible Settlement Participant | $303.47 |
| Mapson, Sherica D | Eligible Settlement Participant | $1,629.10 |

*Bell v. Altimate Care, LLC et al.*

## Appendix 1

| Name | Status | Individual Payment |
|---|---|---|
| Marley, Nina | Eligible Settlement Participant | $3,004.54 |
| Martin, Natalie R | Eligible Settlement Participant | $131.08 |
| Martin, Sherri | Eligible Settlement Participant | $3,702.50 |
| Mcclinton, Tameka | Eligible Settlement Participant | $303.01 |
| Mccorkle, Nicole | Eligible Settlement Participant | $479.04 |
| Mcdaniel, Thomas | Eligible Settlement Participant | $1,629.10 |
| Mchardy, Reva | Eligible Settlement Participant | $973.72 |
| Mesinas, Miguel A | Eligible Settlement Participant | $1,561.68 |
| Miller, Anisha | Eligible Settlement Participant | $2,776.86 |
| Miller, Mariya | Eligible Settlement Participant | $194.74 |
| Miller, Victoria | Eligible Settlement Participant | $3,702.50 |
| Millsap, Chazz D | Eligible Settlement Participant | $352.04 |
| Mitchell, Ashley | Eligible Settlement Participant | $1,481.00 |
| Mitchell, Ryleh | Eligible Settlement Participant | $1,033.64 |
| Morris, Edith | Eligible Settlement Participant | $1,777.20 |
| Mosley, Raequel D | Eligible Settlement Participant | $1,259.70 |
| Murdakhaev, Mikhail | Eligible Settlement Participant | $1,629.10 |
| Nelson, Tina | Eligible Settlement Participant | $265.90 |
| Nepal, Padma | Eligible Settlement Participant | $1,777.20 |
| Norris, Tangela M | Eligible Settlement Participant | $97.37 |
| Okagu, Driemonnetta | Eligible Settlement Participant | $3,110.10 |
| Owens, Jame S | Eligible Settlement Participant | $1,555.05 |
| Palmore, Arnise | Eligible Settlement Participant | $138.57 |
| Parsley, Doris | Eligible Settlement Participant | $1,629.10 |
| Patterson, Antoinette B | Eligible Settlement Participant | $355.78 |
| Patterson, Asia M | Eligible Settlement Participant | $415.70 |
| Perkins, Shontiea | Eligible Settlement Participant | $1,629.10 |
| Perry, Dawn D | Eligible Settlement Participant | $1,740.17 |
| Peterson, Joseph P | Eligible Settlement Participant | $1,236.89 |
| Pfeifer, Brittany | Eligible Settlement Participant | $3,702.50 |
| Pinell, Svitlana | Eligible Settlement Participant | $1,777.20 |
| Polischuk, Larisa | Eligible Settlement Participant | $53.11 |
| Pollitt, Shawnna | Eligible Settlement Participant | $479.03 |
| Ponomareva, Liliya | Eligible Settlement Participant | $1,487.13 |
| Popyk, Larysa | Eligible Settlement Participant | $1,777.20 |
| Powers, Margaret | Eligible Settlement Participant | $2,593.96 |
| Radeva, Valentina | Eligible Settlement Participant | $1,142.24 |
| Radford, Lexxus | Eligible Settlement Participant | $565.16 |
| Ramsey, Sylvia | Eligible Settlement Participant | $1,555.05 |
| Ratliff, Jasmine | Eligible Settlement Participant | $1,777.20 |
| Ray, Shada'Jah D | Eligible Settlement Participant | $707.81 |
| Reames, Mandy | Eligible Settlement Participant | $67.41 |
| Reynolds, Jessica M | Eligible Settlement Participant | $146.06 |

*Bell v. Altimate Care, LLC et al.*

## Appendix 1

| Name | Status | Individual Payment |
|---|---|---:|
| Richardson, Jan M | Eligible Settlement Participant | $89.88 |
| Robinson, Barbara J | Eligible Settlement Participant | $1,258.34 |
| Rucker, Roketta J | Eligible Settlement Participant | $1,629.10 |
| Sanders, Lazarus A | Eligible Settlement Participant | $674.11 |
| Savage, Ashley | Eligible Settlement Participant | $467.62 |
| Schaefer, Brittany A | Eligible Settlement Participant | $659.13 |
| Semnyak, Isaak | Eligible Settlement Participant | $1,629.10 |
| Shamailov, Diana | Eligible Settlement Participant | $1,629.10 |
| Shamosh, Mikhail I | Eligible Settlement Participant | $1,777.20 |
| Shin, Tatyana | Eligible Settlement Participant | $1,184.80 |
| Shirokov, Vladimir | Eligible Settlement Participant | $1,099.00 |
| Simmons, Mallea K | Eligible Settlement Participant | $7.49 |
| Slone, Tara | Eligible Settlement Participant | $3,702.50 |
| Smith, Candice | Eligible Settlement Participant | $1,555.05 |
| Smith, Darnell | Eligible Settlement Participant | $1,666.12 |
| Smith, Thomas | Eligible Settlement Participant | $1,629.10 |
| Smoot Willoughby, Kiara | Eligible Settlement Participant | $1,777.20 |
| Smoot, Christie | Eligible Settlement Participant | $1,273.32 |
| Spears, Kimberly | Eligible Settlement Participant | $1,777.20 |
| Squibb, Alexis | Eligible Settlement Participant | $823.91 |
| Subedi, Radha K | Eligible Settlement Participant | $891.32 |
| Sutton, Deborah | Eligible Settlement Participant | $2,369.59 |
| Tatman, Kayleigh | Eligible Settlement Participant | $3,702.50 |
| Taylor, Orease | Eligible Settlement Participant | $220.96 |
| Telerman, Regina | Eligible Settlement Participant | $1,629.10 |
| Thomas, James | Eligible Settlement Participant | $132.78 |
| Thornton, Christopher | Eligible Settlement Participant | $1,629.10 |
| Trester, Gennadiy M | Eligible Settlement Participant | $1,629.10 |
| Troyer, Kayla M | Eligible Settlement Participant | $93.62 |
| Truss, Jasmine R | Eligible Settlement Participant | $134.82 |
| Turovskiy, Aleksandr | Eligible Settlement Participant | $1,777.20 |
| Turovskiy, Svetlana | Eligible Settlement Participant | $1,777.20 |
| Umphries, Nicole | Eligible Settlement Participant | $1,666.12 |
| Upshaw, Daqwan | Eligible Settlement Participant | $1,629.10 |
| Vernon, Brandy | Eligible Settlement Participant | $1,777.20 |
| Vernon, Treshana | Eligible Settlement Participant | $1,777.20 |
| Vlasenko, Oksana | Eligible Settlement Participant | $850.13 |
| Voloshenyuk, Tetyana | Eligible Settlement Participant | $1,777.20 |
| Walker, Janice | Eligible Settlement Participant | $7.49 |
| Walker, Monique | Eligible Settlement Participant | $2,962.00 |
| Wallace, Iyania | Eligible Settlement Participant | $700.84 |
| Welsh, Dawn | Eligible Settlement Participant | $1,629.10 |
| Wheat, Antayjah R | Eligible Settlement Participant | $2,962.00 |

*Bell v. Altimate Care, LLC et al.*

**Appendix 1**

| **Name** | **Status** | **Individual Payment** |
|---|---|---:|
| Wheeler, Theresa | Eligible Settlement Participant | $2,517.69 |
| Whitsette, Tierra | Eligible Settlement Participant | $1,629.10 |
| Williams, Arnold | Eligible Settlement Participant | $1,629.10 |
| Williams, Lashaunia | Eligible Settlement Participant | $483.11 |
| Winfield, Veronica P | Eligible Settlement Participant | $86.14 |
| Wise, Gary L | Eligible Settlement Participant | $2,294.70 |
| Witherspoon, Constannel | Eligible Settlement Participant | $1,740.17 |
| Wood, Alex | Eligible Settlement Participant | $1,600.16 |
| Wright, Jennifer | Eligible Settlement Participant | $1,666.12 |
| Yerian-Conn, Jennifer O | Eligible Settlement Participant | $2,665.80 |
| Yesinovsky, Slava | Eligible Settlement Participant | $1,629.10 |
| Yorke, Karen | Eligible Settlement Participant | $1,777.20 |
| Young, Duke | Eligible Settlement Participant | $2,003.94 |
| Zahurska, Vira | Eligible Settlement Participant | $1,134.75 |

*Bell v. Altimate Care, LLC et al.*

**Appendix 1a**

| Name | Status | Amount Owed |
|---|---|---|
| Akers, Alexes | Existing Opt-In Party Plaintiff | $0.00 |
| Beard, Bianca | Existing Opt-In Party Plaintiff | $0.00 |
| Berry-Mcslothan, Patricia | Existing Opt-In Party Plaintiff | $0.00 |
| Blake, Ann C. | Existing Opt-In Party Plaintiff | $0.00 |
| Bray, Lillian | Existing Opt-In Party Plaintiff | $0.00 |
| Campbell, Victoria | Existing Opt-In Party Plaintiff | $0.00 |
| Carnail-Holloway, Sha'Quinta | Existing Opt-In Party Plaintiff | $0.00 |
| Carter, Sharon | Existing Opt-In Party Plaintiff | $0.00 |
| Chester, Maya | Existing Opt-In Party Plaintiff | $0.00 |
| Chetverikov, Alexander | Existing Opt-In Party Plaintiff | $0.00 |
| Clements, Jayna | Existing Opt-In Party Plaintiff | $0.00 |
| Coats, Keturah | Existing Opt-In Party Plaintiff | $0.00 |
| Conner, Jewels L. | Existing Opt-In Party Plaintiff | $0.00 |
| Conrad, Brandy L. | Existing Opt-In Party Plaintiff | $0.00 |
| Crawley, Talina | Existing Opt-In Party Plaintiff | $0.00 |
| Croll, Nicole | Existing Opt-In Party Plaintiff | $0.00 |
| Dalton, Sharon | Existing Opt-In Party Plaintiff | $0.00 |
| Darby, Ashley | Existing Opt-In Party Plaintiff | $0.00 |
| Dhimal, Ganya M. | Existing Opt-In Party Plaintiff | $0.00 |
| Dotson, Porsha M. | Existing Opt-In Party Plaintiff | $0.00 |
| Edwards, Carletta | Existing Opt-In Party Plaintiff | $0.00 |
| Eisenmann, Sara | Existing Opt-In Party Plaintiff | $0.00 |
| Farley-White, Shawnte | Existing Opt-In Party Plaintiff | $0.00 |
| Fitzgerald, Imani | Existing Opt-In Party Plaintiff | $0.00 |
| Fortune Smith, Regina L. | Existing Opt-In Party Plaintiff | $0.00 |
| Gholson, Claresse | Existing Opt-In Party Plaintiff | $0.00 |
| Gordon (Now Young), Helene F. | Existing Opt-In Party Plaintiff | $0.00 |
| Grant, Krystal | Existing Opt-In Party Plaintiff | $0.00 |
| Harris, Dorothy | Existing Opt-In Party Plaintiff | $0.00 |
| Henry, Anajaira Lebron | Existing Opt-In Party Plaintiff | $0.00 |
| Hernandez, Dionne | Existing Opt-In Party Plaintiff | $0.00 |
| Holiness, Angenette | Existing Opt-In Party Plaintiff | $0.00 |
| Hughley, Sameka | Existing Opt-In Party Plaintiff | $0.00 |
| Hutchinson, Beth | Existing Opt-In Party Plaintiff | $0.00 |
| Jackson (Staley), Tiffany | Existing Opt-In Party Plaintiff | $0.00 |
| Jackson, Nicole | Existing Opt-In Party Plaintiff | $0.00 |
| Jones, Angelica | Existing Opt-In Party Plaintiff | $0.00 |

*Bell v. Altimate Care, LLC et al.*

## Appendix 1a

| Name | Status | Amount Owed |
|---|---|---|
| Jones, Jennifer A. | Existing Opt-In Party Plaintiff | $0.00 |
| Kachka, Alexandra | Existing Opt-In Party Plaintiff | $0.00 |
| Kendrick, Fatoria | Existing Opt-In Party Plaintiff | $0.00 |
| King, Danielle | Existing Opt-In Party Plaintiff | $0.00 |
| Komisarchik, Kira | Existing Opt-In Party Plaintiff | $0.00 |
| Lee, Jazmine | Existing Opt-In Party Plaintiff | $0.00 |
| Lowe, Tricia | Existing Opt-In Party Plaintiff | $0.00 |
| Malone, Michelle | Existing Opt-In Party Plaintiff | $0.00 |
| Mcneal, Connie | Existing Opt-In Party Plaintiff | $0.00 |
| Morris, Raymond D. | Existing Opt-In Party Plaintiff | $0.00 |
| Price-Gates, Beulah | Existing Opt-In Party Plaintiff | $0.00 |
| Rhinebolt, Marla K. | Existing Opt-In Party Plaintiff | $0.00 |
| Richardson, Emily L. | Existing Opt-In Party Plaintiff | $0.00 |
| Roberts, Mariama | Existing Opt-In Party Plaintiff | $0.00 |
| Robinson, Levonia | Existing Opt-In Party Plaintiff | $0.00 |
| Rucker, Daneisha | Existing Opt-In Party Plaintiff | $0.00 |
| Saikaly, Ssrelle | Existing Opt-In Party Plaintiff | $0.00 |
| Schaefer, Kendra | Existing Opt-In Party Plaintiff | $0.00 |
| Scholle, Laurie A. | Existing Opt-In Party Plaintiff | $0.00 |
| Schrader, Venessa (M) | Existing Opt-In Party Plaintiff | $0.00 |
| Sherstiuk, Oksana | Existing Opt-In Party Plaintiff | $0.00 |
| Shneyder, Bella | Existing Opt-In Party Plaintiff | $0.00 |
| Smith, Shannette | Existing Opt-In Party Plaintiff | $0.00 |
| Speakman, Christy M. | Existing Opt-In Party Plaintiff | $0.00 |
| Starobinets, Yelena | Existing Opt-In Party Plaintiff | $0.00 |
| Thomas, Antonea | Existing Opt-In Party Plaintiff | $0.00 |
| Thomas, Chantel | Existing Opt-In Party Plaintiff | $0.00 |
| Trent-Smith, Latonia | Existing Opt-In Party Plaintiff | $0.00 |
| Tucker, Angela L. | Existing Opt-In Party Plaintiff | $0.00 |
| Veach, Gary | Existing Opt-In Party Plaintiff | $0.00 |
| Wagner, Tonya | Existing Opt-In Party Plaintiff | $0.00 |
| Watkins, Dinetta | Existing Opt-In Party Plaintiff | $0.00 |
| Wegman, Janice | Existing Opt-In Party Plaintiff | $0.00 |
| Whitley, Ariane | Existing Opt-In Party Plaintiff | $0.00 |